**C. Marie Eckert, OSB No. 883490**
marie.eckert@millernash.com
**Jeanne Kallage Sinnott, OSB No. 075151**
jeanne.sinnott@millernash.com
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

    *Attorneys for Defendant/Third-Party Plaintiff*
    *U.S. Bank National Association*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROBERTA KELLY** and **D. LAWRENCE OLSTAD**, <br><br>    Plaintiffs, <br><br>    v. <br><br> **U.S. BANK; BISHOP, WHITE & MARSHALL, P.S.**, a Washington Professional Services Company; and **KRISTA WHITE**, <br><br>    Defendants. | CV 08-1421-AC <br><br> **U.S. BANK NATIONAL ASSOCIATION'S MOTION TO STRIKE APPENDIX AND EXHIBITS** |
| **U.S. BANK NATIONAL ASSOCIATION**, <br><br>    Third-Party Plaintiff, <br><br>    v. <br><br> **CITY OF PORTLAND**, a municipal corporation; and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, an inactive Oregon | |

Page 1 of 3    U.S. Bank National Association's Motion to Strike Appendix and Exhibits

PDXDOCS:1884761.1
080080/0237

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

corporation, **CREDIT CARD RECEIVABLES FUND INCORPORATED**, an Ohio corporation doing business as UNIFUND CCR PARTNERS, and **ZB LIMITED PARTNERSHIP**, a Delaware limited partnership doing business as UNIFUND CCR PARTNERS,

Third-Party Defendants.

## MOTION

Defendant U.S. Bank National Association moves this court for an order striking exhibits to plaintiffs' memorandum of law opposing defendant U.S. Bank's motion for summary judgment (the "Response") and plaintiffs' supplementary memorandum of law opposing defendant U.S. Bank's motion for summary judgment (the "Supp. Response").

Specifically, U.S. Bank moves the court for an order striking from the record the following exhibits:

- Appendix A to the Response;
- Exhibits 1 through 3 to the Response;
- Exhibits 5 through 23 to the Response; and
- All exhibits to the Supp. Response.

///
///
///
///
///
///
///
///
///

Page 2 of 3    U.S. Bank National Association's Motion to Strike Appendix and Exhibits

PDXDOCS:1884761.1
080080/0237

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

This motion is supported by the accompanying memorandum of law, and the pleadings and files in this case.

DATED this 17th day of March, 2010.

        MILLER NASH LLP


        /s/ Jeanne Kallage Sinnott
        C. Marie Eckert, OSB No. 883490
        marie.eckert@millernash.com
        Jeanne Kallage Sinnott, OSB No. 075151
        jeanne.sinnott@millernash.com
        Telephone: (503) 224-5858
        Fax: (503) 224-0155
        *Attorneys for Defendant*
        *U.S. Bank National Association*

Page 3 of 3  U.S. Bank National Association's Motion to Strike Appendix and Exhibits

PDXDOCS:1884761.1
080080/0237

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

I hereby certify that on the date set forth below I served the foregoing U.S. Bank National Association's motion to strike appendix and exhibits on:

Mr. D. Lawrence Olstad
5109 N.E. Ainsworth Street
Portland, Oregon  97218
E-mail:  larry@mortgagegaleria.com
   *Plaintiff Pro Se*

Ms. Roberta Kelly
200 Coyote Lane
Castle Rock, Washington  98611
E-mail:  roberta@mortgagegaleria.com
   *Plaintiff Pro Se*

**By First-Class Mail, postage prepaid,** and on:

Mr. David A. Weibel, OSB No. 082316
Bishop, White & Marshall, P.S.
720 Olive Way, Suite 1301
Seattle, Washington  98101
Fax:  (206) 622-0354
E-mail:  dweibel@bwmlegal.com
   *Attorney for Defendants Bishop,*
   *White & Marshall, P.S., and*
   *Krista White*

**By CM/ECF system transmission.**

DATED this 17th day of March, 2010.

/s/ Jeanne Kallage Sinnott
Jeanne Kallage Sinnott, OSB No. 075151
jeanne.sinnott@millernash.com
Fax:  (503) 224-0155
*Attorneys for Defendant/Third-Party Plaintiff*
*U.S. Bank National Association*

Page 1 -   Certificate of Service

PDXDOCS:1884761.1
080080/0237

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699