IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBERTA KELLY and D. LAWRENCE OLSTAD**, | |
| Plaintiffs, | No. CV 08-1421-AC |
| v. | OPINION & ORDER |
| **U.S. BANK; BISHOP, WHITE & MARSHALL, P.S.**, a Washington Professional Services Company; and **KRISTA WHITE**, | |
| Defendants. | |

**U.S. BANK NATIONAL ASSOCIATION,**

       Third-party Plaintiff,

**CITY OF PORTLAND**, a municipal corporation; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, an inactive Oregon corporation; **CREDIT CARD RECEIVABLES FUND INCORPORATED**, an Ohio corporation dba **UNIFUND CCR PARTNERS**; **ZB LIMITED PARTNERSHIP**, a Delaware limited partnership dba UNIFUND CCR PARTNERS,

       Third-party Defendants,

**MOSMAN, J.**,

       On July 16, 2010, I adopted Magistrate Judge Acosta's Findings and Recommendation

PAGE 1 - OPINION & ORDER

("F&R") (#188) in the above-captioned case and I granted defendant U.S. Bank's Motion for Sanctions (#100), Second Motion for Sanctions (#109), and Third Motion for Sanctions (#155). (*See* Op. & Order (#202).) In response to my Order, plaintiff Roberta Kelly filed a Rejection and declaration (#206) requesting that I vacate the Order (#202). I construed the Rejection as a motion for reconsideration, which I denied on July 20, 2010 (#210). Subsequently, Ms. Kelly filed a motion to vacate one or more of my orders (#212) and a motion to vacate or reconsider one or more of my and/or Judge Acosta's orders (#216) in this case. Because I already denied reconsideration of my Opinion and Order (#202) (*see* #210), I DENY any additional request to reconsider.

IT IS SO ORDERED.

DATED this  30th  day of July, 2010.

       /s/ Michael W. Mosman  
      MICHAEL W. MOSMAN  
      United States District Court