IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBERTA KELLY and D. LAWRENCE OLSTAD**, | 3:08-cv-1421-AC |
| Plaintiffs, | OPINION AND ORDER |
| v. | |
| **U.S. BANK; BISHOP, WHITE & MARSHALL, P.S., A Washington Professional Services company; and KRISTA WHITE**, | |
| Defendants. | |

**MOSMAN, J.**,

On June 21, 2011, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [324] in the above-captioned case recommending that I grant U.S. Bank's Motion for Entry of Award of Attorney Fees [282] in the amount of $18,507.13. Ms. Kelly filed several documents objecting generally to this court, "anti-due process," "anti-rule of law," "treachery to our Bill of Rights" and the "supranational sovereignty of intellectual elite and world bankers," but did not object to any of Judge Acosta's findings or recommendations. *See* Docket [331–335].

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [324] as my own opinion.

IT IS SO ORDERED.

DATED this  14th  day of July, 2011.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Court